```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LYDELL SWINSON a/k/a         : | | CIVIL ACTION |
| LINDELL SWINSON, JR.         : | | |
|                              : | | |
|         v.                   : | | |
|                              : | | |
| CITY OF PHILADELPHIA, et al. : | | NO. 13-6870 |

<u>ORDER</u>

AND NOW, this 19th day of August, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants the City of Philadelphia and Michael Curran for summary judgment (Doc. # 44) is GRANTED as to the claims of plaintiff Lydell Swinson, Jr. under 42 U.S.C. § 1983; and

(2) the motion of defendant the City of Philadelphia for summary judgment on the state-law claim of plaintiff is DENIED.

BY THE COURT:

<u>/s/ Harvey Bartle III</u>
                                                    J.