```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LYDELL SWINSON a/k/a<br>LINDELL SWINSON, JR. | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 13-6870 |

ORDER

AND NOW, this 3rd day of December, 2015, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of defendant City of Philadelphia to dismiss Count IV of the amended complaint (Doc. #54) is DENIED; and

(2) the motion of defendant Michael Curran to dismiss Count IV of the amended complaint (Doc. #54) is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III_____
                                              J.