```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LYDELL SWINSON a/k/a<br>LINDELL SWINSON, JR. | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 13-6870 |

### ORDER

AND NOW, this 7th day of April, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff Lindell Swinson, Jr., for summary judgment against defendant City of Philadelphia as to liability (Doc. # 86) is GRANTED; and

(2) the motion of defendant City of Philadelphia for summary judgment against plaintiff Lindell Swinson, Jr., (Doc. # 87) is DENIED.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                                 J.